UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **TREY MARTINEZ FISCHER,** *Texas State Representative (HD 116)*, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | 3:21-CV-00306-DCG-JES-JVB |
| **GREG ABBOTT,** *in his official capacity as Governor of the State of Texas*; **and** **JOHN SCOTT,** *in his official capacity as Secretary of the State of Texas*, | § § § § § § § § | Consolidated With: 3:21-cv-00259-DCG-JES-JVB |
| *Defendants.* | § | |

## ORDER CLOSING CASE

After Plaintiff Trey Martinez Fischer filed the above-captioned case on December 13, 2021,[1] the Court consolidated the case with *League of United Latin American Citizens v. Abbott*, No. 3:21-cv-00259 ("*LULAC*").[2]

Plaintiff ultimately moved to voluntarily dismiss his claims against Defendants.[3] Thus, on May 13, 2025, the Court issued an order on the *LULAC* case docket dismissing Plaintiff's claims.[4] However, the above-captioned case still remains designated as an open case on the Court's docket.

---

[1] *See* Compl., ECF No. 1, at 11.

[2] *See* Order Consolidating Cases, ECF No. 2, at 1–2.

[3] *See* Plaintiff's Unopposed Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(2) at 1, *League of United Latin Am. Citizens v. Abbott*, No. 3:21-cv-00259 (W.D. Tex. May 9, 2025), ECF No. 966.

[4] *See* Order Granting Motion to Voluntarily Dismiss Claims at 1, *League of United Latin Am. Citizens v. Abbott*, No. 3:21-cv-00259 (W.D. Tex. May 13, 2025), ECF No. 970.

Thus, for docket-management and statistical purposes, the Clerk of Court **SHALL DESIGNATE** the above-captioned case (*Martinez Fischer v. Abbott*, No. 3:21-cv-00306) as **CLOSED**.

The consolidated case (*League of United Latin American Citizens v. Abbott*, No. 3:21-cv-00259) **SHALL REMAIN OPEN**.

**So ORDERED and SIGNED this 29th day of July 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| **Jerry E. Smith** | | **Jeffrey V. Brown** |
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |